UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BENJAMIN LOPEZ,

                                      Plaintiff,

              - against -

PHILIP D. HEATH,

                                    Defendant.
-----------------------------------------------------------------x

09-CV-8921 (CS) (PED)

MEMORANDUM DECISION
AND ORDER ADOPTING
REPORT AND
RECOMMENDATION

Appearances:

Benjamin Lopez
Ossining, New York
*Plaintiff Pro Se*

John James Sergi
Nicholas William DiCostanzo
White Plains, New York
*Counsel for Defendant*

Seibel, J.

      Before the Court is the Report and Recommendation ("R&R") dated April 6, 2011, of Magistrate Judge Paul E. Davison in this action. (Doc. 15.)

      A district court reviewing a magistrate judge's R&R "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Parties may raise objections to the R&R, but they must be "specific" and "written," and submitted "[w]ithin 10 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1)(C). The district court may adopt those portions of the R&R to which no timely objections have been made, provided no clear error is apparent from the face of the record. *See Lewis v. Zon*, 573 F. Supp. 2d 804, 811

(S.D.N.Y. 2008); *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); Fed. R. Civ. P. 72 advisory committee's note (b).

Plaintiff's time to object to the R&R has run, and he has filed no objections. I discern from the face of the record no clear error in the recommendation of the R&R, and accordingly it is adopted as the decision of the Court. Plaintiff's petition for a writ of *habeas corpus* is DENIED, and the Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: July 22, 2011
       White Plains, New York

                                          *Cathy Seibel*
                                      CATHY SEIBEL, U.S.D.J.